In the Matter of the Estate of HYMAN MEERBAUM, Deceased. TILLIE R. MEERBAUM, Appellant-Respondent; MOSES MEERBAUM et al., Respondents-Appellants; STANLEY ZUCKERMAN, as Coadministrator Designated by Appellant-Respondent, Respondent.—

No opinion. Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.

LUCILE JONES, as Administratrix of the Estate of CLEVELAND JONES, Deceased, Appellant, v. CITY OF NEW YORK, Respondent, et al., Defendant.—

No opinion. Appeal from order dismissed. No order is printed in the record. Present — Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ.